■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE ESCALERE, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Ingrassia, J.), rendered January 8, 1981, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR ESTEVES, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Kellam, J.), both rendered July 28, 1986, convicting him of robbery in the first degree (two counts, one count under each indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD I. FISHER, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered July 2, 1984.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.